IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:14-cr-00023-MP-GRJ

PATRICIA LORD,

　　Defendant.

_____/

**O R D E R**

Pursuant to N.D. Fla. Loc. R. 72.3, and by the undersigned's oral directive, this matter was assigned and designated to the Magistrate Judge for the taking of a guilty plea. This cause now comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 3, 2015. (Doc. 45). Pursuant to the Report and Recommendation, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Federal Rule of Criminal Procedure 11, the plea of Guilty of the Defendant to Count One of the Indictment against her is hereby ACCEPTED. All parties shall appear before the Court for sentencing as directed.

**DONE AND ORDERED** this   9th day of June, 2015

　　　　　　　　　　　　　　　　　　　　　 *s/Maurice M. Paul*
　　　　　　　　　　　　　　　　　　　　Maurice M. Paul, Senior District Judge