IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.                                                              Case No. 1:14cr23-MW/GRJ

**PATRICIA LORD,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 99. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Amended Motion Under 28 U. S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 70, is **DENIED**. A Certificate of Appealability is **DENIED**."

---

[1] Defendant has failed to keep the Clerk advised of her current address as evidenced by returned mail. ECF No. 100.

1

The Clerk shall close the file.

**SO ORDERED on June 7, 2018.**

**s/ MARK E. WALKER**
**United States District Judge**