PROB 12C
FLNP(1/2013)

# UNITED STATES DISTRICT COURT
for the
**Northern District of Florida**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patricia Lord                                         Case Number: 1:14CR23-001

Name of Sentencing Judicial Officer:    Mark E. Walker, Chief United States District Judge

Date of Original Sentence:   01/07/2016

Original Offense:   Possession with Intent to Distribute 28 Grams or More of a Mixture Containing Cocaine Base, Commonly Known as Crack Cocaine, Marijuana and Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii), 841(b)(1)(C) and 841(b)(1)(D)

Original Sentence: 90 months imprisonment followed by a 3-year term of supervised release.

Type of Supervision: Supervised Release            Date Supervision Commenced:  7/16/2021

Assistant U.S. Attorney:  Herbert Lindsey            Defense Attorney: Nick Zissimopulos

---

**PETITIONING THE COURT**

☒ **To issue a warrant**
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about March 21, 2024, in Alachua County, Florida, the supervised releasee, was arrested by Alachua County Sheriff's Office and charged with Larceny: Grand Theft 5K Less Than10K Dollars, contrary to F.S. 812.014(2)(C)(2). |

U.S. Probation Officer Recommendation: This officer recommends that a warrant be issued for the defendant to appear before the Court to show cause as to why her term of supervised release should not be revoked.

Patricia LORD
1:14CR23-001
Petition for Warrant or Summons for Offender Under Supervision
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2024

Tunle Ver Bust
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action

☒ The Issuance of a Warrant

☐ The Issuance of a Summons.

☐ Other -

Signature of Judicial Officer

3/22/2024
Date

Warrant/Summons Issued: _____  _____
                          Date        Deputy Clerk